IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RANDY LARSON AND RUSSELL MORRISON, on behalf of themselves and all persons similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>GRANITE COUNTY,<br><br>　　　　　　Defendant. | CV 23-126-M-DLC-KLD<br><br>ORDER |

　　　　On April 7, 2025, Plaintiffs filed a second unopposed motion to extend the class certification motion deadline in this case. (Doc. 36). On April 10, 2025, the Court held a telephonic status conference to address the scheduling matters raised by Plaintiffs' motion. As discussed during the status conference, and with the agreement of the parties,

　　　　IT ORDERED that Plaintiffs' motion to extend the class certification motion deadline is GRANTED.  The following schedule will govern all further pretrial proceedings:

| | |
|---|---|
| Plaintiffs' Motion for Class Certification: | May 23, 2025 |
| Defendant's Response Regarding Class Certification: | June 23, 2025 |

| | |
|---|---|
| Plaintiffs' Reply Regarding Class Certification: | July 7, 2025 |
| Disclosure of Plaintiff's Damages Experts and Simultaneous Disclosure of Liability Experts: | October 17, 2025 |
| Disclosure of Defendant's Damages Experts: | November 14, 2025 |
| Discovery Deadline: | December 19, 2025 |
| Motions Deadline (fully briefed): | January 30, 2026 |
| Motions In Limine Deadline: (fully briefed) | March 2, 2026 |
| Attorney Conference to Prepare Final Pretrial Order: | Week of April 20, 2026 |
| E-file Final Pretrial Order, Proposed Jury Instructions, Proposed Voir Dire Questions, and Trial Briefs and e-mail to dlc_propord@mtd.uscourts.gov (Trial Briefs are optional): | April 30, 2026 |
| Notice to Court Reporter of Intent to Use Real-Time: | April 30, 2026 |
| Notice to I.T. Supervisor of Intent to Use CD-ROM or Videoconferencing: | April 30, 2026 |
| Final Pretrial Conference: | May 7, 2026 at 2:30 p.m. Russell Smith Federal Courthouse Missoula, Montana |
| Jury Trial: | May 11, 2026 at 9:00 a.m. |

>Russell Smith Federal Courthouse
>Missoula, Montana

All other provisions of the original scheduling order (Doc. 28) shall remain in effect.

DATED this 10th day of April, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge