IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RANDY LARSON AND RUSSELL MORRISON, on behalf of themselves and all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GRANITE COUNTY,<br><br>Defendant. | CV 23–126–M–KLD–DLC<br><br><br>ORDER |

Plaintiffs have filed a Motion to Dismiss this matter with prejudice following a settlement reached between the parties. (Doc. 42.)

Accordingly, IT IS ORDERED that this matter is DISMISSED with prejudice. The Clerk of Court is directed to close this case file.

DATED this 29th day of July, 2025.

*/s/ Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court

1